AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | | |
|---|---|---|
| Alberto Espinosa Hernandez | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   26-CV-22710 MARTINEZ |
| The Ritz-Carlton Hotel Company L.L.C., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Ritz-Carlton Hotel Company L.L.C through its Register Agent:

> CORPORATION SERVICE COMPANY
> 1201HAYS STREET
> TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Shedwin Eliassin Esq.
> Fla. Bar No.: 1060990
> GALLARDO LAW OFFICE
> 8492 SW 8th street
> Miami, FL 33180
> Telephone: (305) 261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 20, 2026



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court